# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

157674(27)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

TROY ALLEN HITE,
       Defendant-Appellant.

SC: 157674
COA: 342618
Berrien CC: 1996-004163-FC

_____/

On order of the Court, the motion for reconsideration of this Court's December 23, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



Clerk

a0323